UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   26-cr-10133-LTS |
| | ) | |
| NICOLO NOURAFCHAN | ) | |

## DEFENDANT'S WAIVER OF APPEARANCE

I, Nicolo Nourafchan, the above-named defendant, acknowledge that I have been advised by my attorney that I have the right to be personally present at the hearing scheduled for May 19, 2026, concerning my conditions of release.

Understanding that right, I hereby knowingly, voluntarily, and freely waive my appearance at that hearing. I have discussed the hearing and this waiver with my attorney. I understand that the hearing concerns my conditions of release, including any proposed modification, clarification, or amendment of those conditions. I authorize my attorney to appear on my behalf at the May 19, 2026 hearing and to address any matters relating to my conditions of release.

I further understand that the Court may proceed in my absence based on this waiver and that any order entered by the Court concerning my conditions of release will apply to me as if I were personally present.

This waiver is made knowingly, voluntarily, and after consultation with counsel.

Date: May 17, 2026

Nicolo Nourafchan

Respectfully submitted,

/s/ Martin G. Weinberg
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

<u>**CERTIFICATE OF SERVICE**</u>

I, Martin G. Weinberg, hereby certify that on this date, May 17, 2026, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

<u>**/s/ Martin G. Weinberg**</u>
Martin G. Weinberg